IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BASSAM EZZAT NAEIM AMIN,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**TODD BLANCHE, et al.,**<br><br>**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NO. 3:26-cv-01650**<br>**Agency Case No.: A 241-264-846**<br><br>**JUDGE CAMPBELL** |

## ORDER

Before the Court is Petitioner Bassam Ezzat Naeim Amin's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, challenging the legality of his continued civil immigration detention. (Doc No. 1). The Court is in receipt of Petitioner's Reply stating that Petitioner remains detained despite the Immigration Court's ruling at the custody redetermination hearing held on October 28, 2026. (Doc. No. 14 at 3). Respondents agree that Petitioner was granted bond at the hearing. (Doc. No. 12 at 2).

In light of the Immigration Court's ruling, Respondents shall **SHOW CAUSE**, within one day of this Order's entry, explaining why Petitioner should not be immediately released from custody, and why this Court should not grant Petitioner's additional relief of "barring Respondents from re-detaining [Petitioner] without a bond hearing and from pursuing his detention under § 1225(b)(2)." (Doc. No. 14 at 3).

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE