**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BASSAM EZZAT NAEIM AMIN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **NO. 3:26-cv-01650** |
| **v.** | ) | **Agency Case No.: A 241-264-846** |
| | ) | |
| **TODD BLANCHE, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **Respondents.** | ) | |

## ORDER

The Court is in receipt of Respondents' Notice of Status Report Pursuant to the Court's Order (D.E. 20), stating that the Petitioner was released from Immigration and Customs Enforcement's custody on November 4, 2026. (Doc. No. 21). The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE